UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSHUA LANDER, individually and on behalf of all others similarly situated,<br><br>                               Plaintiff,<br><br>v.<br><br>QUICKRECRUIT, LLC,<br><br>                              Defendant. | Case No.: 21-CV-301 JLS (BLM)<br><br>**ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL OF RECORD FOR ATTORNEY YANA A. HART FOR PLAINTIFF JOSHUA LANDER**<br><br>(ECF No. 4) |

      Presently before the Court is Plaintiff Joshua Lander's ("Plaintiff") Motion to Withdraw as Counsel of Record for Attorney Yana A. Hart for Plaintiff Joshua Lander ("Mot.," ECF No. 4). The Motion requests that Ms. Hart be withdrawn as counsel of record but indicates that "Plaintiff will continue to be represented by other counsel from Kazerouni Law Group, APC who have entered appearances in this action." *Id.* at 2.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

1 | Good cause appearing, the Court **GRANTS** Plaintiff's Motion. The Clerk of the Court **SHALL TERMINATE** Ms. Hart as counsel of record for Plaintiff and cease delivery of all further Notices of Electronic Filing to Ms. Hart.

**IT IS SO ORDERED.**

Dated: April 2, 2021

*Janis L. Sammartino*
Hon. Janis L. Sammartino
United States District Judge