# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSHUA LANDER, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>QUICKRECRUIT, LLC,<br><br>Defendant. | Case No.: 21-CV-301 JLS (BLM)<br><br>**ORDER APPROVING JOINT STIPULATION FOR THE ENTRY OF JUDGMENT AND DISMISSAL WITHOUT PREJUDICE**<br><br>(ECF No. 11) |

Presently before the Court is the Parties' Joint Stipulation for the Entry of Judgment and Dismissal Without Prejudice ("Joint Stip.," ECF No. 11). Good cause appearing, the Court **APPROVES** the Joint Stipulation. As stipulated by and between the Parties, the Clerk of the Court **SHALL ENTER JUDGMENT** in favor of Plaintiff Joshua Lander in the amount of $4,000. The Court **DISMISSES WITHOUT PREJUDICE** the above-captioned case as to Plaintiff and the proposed class. Dismissal as to Plaintiff alone shall convert to **WITH PREJUDICE** <u>on January 15, 2022</u>, unless a motion is filed before such date to vacate the dismissal.

**IT IS SO ORDERED.**

Dated: June 18, 2021

*Janis L. Sammartino*
Hon. Janis L. Sammartino
United States District Judge