

# United States District Court

### SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Joshua Lander, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br>V.<br><br>QuickRecruit, LLC,<br><br>Defendant. | Civil Action No. 21-cv-00301-JLS-BLM<br><br>**JUDGMENT IN A CIVIL CASE** |

**Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED:

Judgment is entered in favor of Plaintiff Joshua Lander in the amount of $4,000.

Date:      6/21/21

CLERK OF COURT
**JOHN MORRILL, Clerk of Court**
By:  s/  T. Ferris

T. Ferris, Deputy